UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| GRAHAM BOSWELL,<br><br>*Plaintiff,*<br><br>-against-<br><br>WOFFORD COLLEGE, CATHERINE RAND, and DAVID HOGSED,<br><br>*Defendants.* | Civil Action No: 7:23-CV-05467-TMC<br><br>STATUS REPORT |

The undersigned is counsel for Plaintiff Graham Boswell. We write to provide a status report in accordance with the Court's Text Order enter on January 12, 2024 (Docket No. 20).

Defendant Catherine Rand was served on January 18, 2024. We consented to Defendant Catherine Rand's request for an extension of time to answer the complaint to February 26, 2024.

After consulting with counsel for Defendants Wofford College and David Hogsed, and counsel for Defendant Catherine Rand, we are submitting a proposed amended scheduling order in accordance with the Court's Text Order enter on January 12, 2024.

Respectfully submitted,

*Attorneys for Plaintiff Graham Boswell*

By: */s/ Cindy Crick*

Cindy Crick, Esq. (SC Bar# 70233; Fed. # 13076)
416 East North Street, Second Floor
Greenville, SC 29601
(864) 775-5788
cindy@cindycricklaw.com

                           NESENOFF & MILTENBERG, LLP
                           Andrew T. Miltenberg, Esq.
                           Stuart Bernstein, Esq.
                           Helen Setton, Esq.
                           363 Seventh Avenue, Fifth Floor
                           New York, New York 10001
                           (212) 736-4500
                           amiltenberg@nmllplaw.com
                           sbernstein@nmllplaw.com
                           hsetton@nmllplaw.com

February 9, 2024