# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| **GRAHAM BOSWELL,** *Plaintiff,* | : : : Civil Action No. 7:23-cv-05467-JDA : |
| v. | : : |
| **WOFFORD COLLEGE, CATHERINE RAND, and DAVID HOGSED,** *Defendants.* | : : : : : |

## **STIPULATION**

1. Defendants Wofford College and David Hogsed (collectively, "Defendants Wofford and Hogsed") on November 27, 2024 filed a Motion for Subpoena for Military Records ("the Motion").

2. Plaintiff's response in opposition to the Motion is currently due on or before Wednesday, December 11, 2024.

3. On the agreement of counsel for Plaintiff and Defendants Wofford and Hogsed, Plaintiff's deadline to file his response in opposition to the Motion is extended to Friday, December 13, 2024 with Defendants Wofford and Hogsed's reply, if any, to be filed no later than Friday, December 20, 2024.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully Submitted,

| | |
|---|---|
| **NESENOFF & MILTENBERG, LLP** | **JACKSON LEWIS, P.C.** |
| *Attorneys for Plaintiff Graham Boswell* | *Attorneys for Defendants Wofford and Hogsed* |
| **Andrew T. Miltenberg** | By: /**s**/ *Laura A. Ahrens* |
| Andrew Miltenberg, Esq. | Laura Ahrens, Esq. |
| Stuart Bernstein, Esq. | Monica Khetarpal, Esq. |
| Helen Setton, Esq. | 15 South Main St., Ste. 700 |
| 363 Seventh Avenue, Fifth Floor | Greenville, SC 29601 |
| New York, New York 10001 | (864) 232-7000 |
| (212) 736-4500 | laura.ahrens@jacksonlewis.com |
| amiltenberg@nmllplaw.com | monica.khetarpal@jacksonlewis.com |
| sbernstein@nmllplaw.com | |
| hsetton@nmllplaw.com | |

**CINDY CRICK LAW, LLC**

*Attorney for Plaintiff Graham Boswell*

By: */s/ Cynthia Smith Crick*
Cindy Crick, Esq.
416 E. North St., Second Floor
Greenville, SC 29601
(864) 775-5788
cindy@cindycricklaw.com


This 10th day of December 2024.