**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| GRAHAM BOSWELL,<br><br>    Plaintiff,<br><br> v.<br><br>WOFFORD COLLEGE, CATHERINE RAND, AND DAVID HOGSED<br><br>    Defendants. | C.A. No. 7:23-cv-05467-JDA |

**ALTERNATIVE DISPUTE RESOLUTION ("ADR")
STATEMENT AND CERTIFICATION**

  Pursuant to Local Civil Rule 16.03, the undersigned certifies that she has (1) provided the parties she represents with the materials relating to mediation which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of mediation with the parties; and (3) has sought to confer with opposing counsel to discuss the advisability and timing of mediation. At this time, the undersigned certifies that she has proposed options for a mediator to opposing counsel and is currently awaiting a response from opposing counsel.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Submitted this 15th day of August, 2025.

**JACKSON LEWIS P.C.**

By: */s/ Laura A. Ahrens*
Laura A. Ahrens, Esq. (Fed. I.D. #13396)
Monica H. Khetarpal, Esq.
   *Admitted Pro Hac Vice*
15 South Main Street, Suite 700
Greenville, South Carolina 29601
(864) 232-7000
Laura.Ahrens@jacksonlewis.com
Monica.Khetarpal@jacksonlewis.com

ATTORNEYS FOR DEFENDANTS
WOFFORD COLLEGE AND DAVID HOGSED