UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| GRAHAM BOSWELL,<br><br>   *Plaintiff,*<br><br> -against-<br><br>WOFFORD COLLEGE,<br>CATHERINE RAND, and DAVID HOGSED,<br><br>   *Defendants.* | Civil Action No: 7:23-cv-5467-DCC |

### ALTERNATIVE DISPUTE RESOLUTION ("ADR") STATEMENT AND CERTIFICATION

  Pursuant to Local Civil Rule 16.03, the undersigned certifies that the client she represents, Plaintiff Graham Boswell, has been (1) provided with the materials relating to mediation which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of mediation with the parties; and (3) has sought to confer with opposing counsel to discuss the timing of mediation. The undersigned certifies that her co-counsel has proposed options for a mediator to opposing counsel and that opposing counsel has proposed mediators as well. Further, the parties are currently discussing the mutual selection of a mediator.

Submitted this 15th day of August 2025.

Respectfully submitted,

*Attorneys for Plaintiff Graham Boswell*

**DEBORAH B. BARBIER, LLC**

**By: <u>/s/ Deborah B. Barbier</u>**
**Deborah B. Barbier**
**1811 Pickens Street**
**Columbia, South Carolina 29201**
**(803) 445-1032**
**dbb@deborahbarbier.com**

**-and-**

**NESENOFF & MILTENBERG, LLP**

**By: <u>/s/ Andrew T. Miltenberg</u>**
**Andrew T. Miltenberg, Esq. (*pro hac vice*)**
**Stuart Bernstein, Esq. (*pro hac vice*)**
**Helen Setton, Esq. (*pro hac vice*)**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
**amiltenberg@nmllplaw.com**
**sbernstein@nmllplaw.com**
**hsetton@nmllplaw.com**