UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| GRAHAM BOSWELL,<br><br>         Plaintiff,<br><br>v.<br><br>WOFFORD COLLEGE, CATHERINE RAND, AND DAVID HOGSED,<br><br>         Defendants. | Case No. 7:23-cv-05467-JDA<br><br>**ALLTERNATIVE DISPUTE RESOLUTION ("ADR") STATEMENT AND CERTIFICATION** |

  Pursuant to Local Civil Rule 16.03, the undersigned that he has (1) provided Defendant Catherine Rand with the materials relating to mediation which are required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of mediation with Defendant Catherine Rand; and (3) has conferred with opposing counsel to discuss the timing of mediation and proposed mediators.

August 15, 2025       /s/ Scott F. Talley
                Scott F. Talley, Esquire (Fed ID: 9016)
                TALLEY LAW FIRM, P.A.
                291 S. Pine St.
                Spartanburg, SC 29302
                Email: scott@talleylawfirm.com
                Telephone: 864-595-2966

                William Douglas Smith, Esquire, (FED ID: 4212)
                PO Drawer 5587
                Spartanburg, SC 29304
                Email: dsmith@jshwlaw.com
                Telephone: (864) 582-8121

                ATTORNEYS FOR DEFENDANT CATHERINE RAND