**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| GRAHAM BOSWELL,<br><br>   Plaintiff,<br><br> v.<br><br>WOFFORD COLLEGE, CATHERINE RAND, AND DAVID HOGSED<br><br>   Defendants. | C.A. No. 7:23-cv-05467-JDA |

**ALTERNATIVE DISPUTE RESOLUTION ("ADR")
STATEMENT AND CERTIFICATION**

Pursuant to Local Civil Rule 16.03, the undersigned certifies that she has (1) provided the parties she represents with the materials relating to mediation which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of mediation with the parties; and (3) has conferred with opposing counsel to discuss the timing of mediation. At this time, the parties are scheduled to mediate this case on November 11, 2025, with mediator Richard H. Willis.

Submitted this 17th day of October, 2025.

**JACKSON LEWIS P.C.**

By: */s/ Laura A. Ahrens*   
Laura A. Ahrens, Esq. (Fed. I.D. #13396)
Monica H. Khetarpal, Esq.
 *Admitted Pro Hac Vice*
15 South Main Street, Suite 700
Greenville, South Carolina 29601
(864) 232-7000
Laura.Ahrens@jacksonlewis.com
Monica.Khetarpal@jacksonlewis.com

ATTORNEYS FOR DEFENDANTS
WOFFORD COLLEGE AND DAVID HOGSED