IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| GRAHAM BOSWELL,<br><br>    Plaintiff,<br><br>V.<br><br>WOFFORD COLLEGE, CATHERINE RAND, AND DAVID HOGSED<br><br>    Defendants. | C.A. No. 7:23-cv-05467-JDA |

**REQUEST FOR HEARING**

  Defendants Wofford College ("Wofford") and David Hogsed ("Hogsed"), by and through their undersigned counsel, hereby request a hearing and/or telephone conference before the Honorable Jacquelyn D. Austin regarding the remaining deadlines in this case.

  On November 11, 2025, the parties engaged in mediation. The mediation proved unsuccessful as between Wofford, Hogsed, and Plaintiff Graham Boswell. Following mediation, the purpose of this request is to discuss current deadlines pursuant to the Seventh Amended and Final Conference and Scheduling Order in this case, including to extend the remaining deadlines as the Plaintiff will remain deployed in Poland through at least April 2026 and so requested extensions will not be prejudicial to the Parties. In addition, Laura Ahrens as counsel for Defendants Wofford and Hogsed is accepting new employment and will no longer be employed by Jackson Lewis P.C. as of December 8, 2025. As such, Defendants request additional time to ensure defense counsel is up to speed prior to the current motions deadline and trial in this case. Further, Counsel for Defendants Wofford and Hogsed would like to discuss bifurcation for the purpose of efficiency including that related to damages following the motions deadline in this case.

Dated: November 26, 2025

        Respectfully submitted,

        **JACKSON LEWIS P.C.**

        **By: _/s/ Laura A. Ahrens_**
        Laura A. Ahrens, Esq.
        Monica H. Khetarpal, Esq.
        15 South Main Street, Suite 700
        Greenville, SC 29601
        (864) 232-7000
        Laura.Ahrens@jacksonlewis.com
        Monica.Khetarpal@jacksonlewis.com

        *Attorneys for Defendants Wofford College and David Hogsed*