**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

|  |  |
|---|---|
| **GRAHAM BOSWELL,** | **Civil Action No: 7:23-cv-5467-JDA** |
| *Plaintiff,* | |
| -against- | |
| **WOFFORD COLLEGE, CATHERINE RAND, and DAVID HOGSED,** | |
| *Defendants.* | |

### DECLARATION OF PLAINTIFF GRAHAM BOSWELL

I, Graham Boswell, hereby declare that the following statements are true and correct to the best of my knowledge, information, and belief:

1.     I am over eighteen (18) years of age, and am competent to make this Declaration. I am a United States citizen. I make this Declaration based upon my personal knowledge set forth herein.

2.     I am the Plaintiff in this action. I make this Declaration in opposition to Defendant Wofford College ("Wofford") and Defendant David Hogsed's ("Hogsed") motions for summary judgment.

3.     I first met Catherine Rand ("Rand") in November 2020, when Rand was a sophomore at Wofford and I was a junior.

4.     A week before the subject incident, on February 3, 2022, I encountered Rand at a fraternity party. She was very flirtatious with me, hugging and leaning in close. I was

1

uncomfortable with Rand's advances given that she seemed visibly intoxicated and had no further interactions with her that night.

5. February 11, 2022 was the date of Wofford's annual Black and Gold event[1].

6. I did not clean my room on February 11, 2022 in case I brought someone back home with me that evening. One of my roommates at the time, CH, asked me to clean the apartment because his parents were coming to town. See texts at Wofford/Hogsed 295.

7. I attended a "pre-game" party at my friends' apartment before the Black and Gold event.

8. At the pre-game Rand initiated a conversation with me, asking about my ex-girlfriend. Rand had again been flirtatious with me and hugged me and put her arm around me. Rand's speech was clear and her behavior was normal and flirtatious, and she did not appear intoxicated. Rand told me that she wanted to go back to my apartment with me. I offered for her to come to my apartment before going to the Black and Gold party and Rand responded saying that sounds great let's go right now. I did not offer to make Rand food before inviting her to my apartment.

9. Rand and I walked together to my apartment. As surveillance video would later confirm, Rand walked unassisted, without stumbling or swaying and at one point pulled me in close to her. Exhibit 15 to Hogsed's Deposition Wofford/Hogsed Confidential 1400. Upon entering my apartment, Rand began kissing me. I had three roommates, so I asked Rand if she would like to go to my bedroom, and she said yes. In my bedroom, Rand pulled me towards my bed forcefully and aggressively. I asked Rand twice if she was drunk, to which she responded that she had a few drinks, but she was not drunk. I also specifically asked Rand if she was ok with

---

[1] An annual semi-formal party at Wofford.

what was happening; in other words, if she was consenting to a sexual encounter. Rand responded unequivocally in the affirmative, stating that she wanted to "f**k [me] better than [I] had ever been f**ked before".

10. Rand and I proceeded to engage in foreplay; Rand got on top of me and grinded her body against me, while I was clothed. I briefly digitally penetrated Rand's vagina. Rand told me again how she wanted to "f**k [me] so bad" and that she wanted to give [me] the "best sex of [my] life". When I leaned towards my desk drawer to retrieve a condom, I noticed what appeared to be menstrual blood on my hand. I told Rand that I believed she just started her period, implying this would preclude us from having sex. Rand apologized and stated she was very embarrassed. I tried to console Rand and told her that she should not be embarrassed. I gave Rand a damp towel and took a shower so we could clean away the blood.

11. Rand told me that the next week she would give me the "best sex of [my] life" and asked me not to tell anybody what had happened, as she was embarrassed. I assured her that I would not tell anyone. We both got dressed, left my apartment, and walked together towards the tent where the Black and Gold party was being held. Rand thanked me for walking with her and said she was going to go home to freshen up and then come back out. Rand and I walked out together. Rand is seen on surveillance video walking independently and at one point even running. Exhibit 14 to Hogsed's Deposition Wofford/Hogsed Confidential 1402.

12. Surveillance video shows Rand walking to her apartment with a cup, vape pen, and keys in one hand and a key card in the other hand, ascending a flight of stairs unassisted and without stumbling or dropping her belongings. Surveillance video also shows Rand a few minutes later descending the stairs, without holding onto the railing, holding numerous objects in her hands. Rand can be seen fixing her hair and exiting the building, showing no visible signs of

incapacitation. Further, the video footage clearly refutes Rand's later claim that her dress was covered in blood. The video establishes that no blood is present on her dress. Exhibit 4 to Hogsed's Deposition Wofford/Hogsed Confidential 1398.

13.    Rand later claimed that I assaulted her when she was incapacitated due to alcohol, which is patently false.

14.    Initially, Rand sought to pursue claims against me through the Title IX office only.

15.    On February 14, 2022, I met with Wofford Campus Safety Officer Theo Saar ("Saar") in the Campus Safety Office and signed a No Contact Order.

16.    During that meeting Saar promised Plaintiff that if the criminal investigation resulted in an arrest warrant being issued that Campus Safety Officers would openly communicate with me and that I would be notified beforehand.

17.    Saar specifically assured me that Campus Safety Officers would not arrest Plaintiff during class. Yet, that is exactly what ended up happening. Video Body Cam 2022_0214_220059_014.

18.    On February 22, 2022, Rand sought to pursue criminal charges against me and Defendant Hogsed became the lead investigator on the criminal case.

19.    Beginning in February 2022, Rand commenced a crusade to spread her false allegations against me to as many members of the Wofford community as possible, especially those close to me, which resulted in an extremely hostile environment for me. Rand approached many individuals at several different parties and posted on social media that I sexually assaulted her. Several witnesses interviewed by the Title IX investigators, including Rand's friend and sorority sister, confirmed to the investigators that on February 25, 2022, Rand walked around my fraternity house (Kappa Sigma) at the Boys' Bid Day party telling everyone: "I hate Graham

4

Boswell, he raped and sexually assaulted me." According to one Title IX witness, Rand made these false rape claims "everywhere, to anyone". Wofford/Hogsed 423/467.

20.     I repeatedly complained to Wofford that I was being falsely accused of being a rapist on campus by Rand.  Wofford failed to take any action in response to my complaint  or take any steps to protect me. I emailed Wofford's Title IX coordinator Matthew Hammett ("Hammett") on March 1, 2022, complaining to him about Rand's harassment, intimidation and retaliation and I specifically explained how it had: "directly interfered with my ability to have my education, enjoy and thrive in a safe living space and participate in my extracurricular activities." Wofford/Hogsed 2698/2699.

21.     To my knowledge, nothing was done in response. Wofford did not take any steps to protect me and failed to open an investigation in response to my complaint.

22.     I retained criminal counsel during the pendency of the criminal investigation and underwent a polygraph examination, which I passed. The results were provided to Wofford by my criminal counsel along with my written statement detailing the events of February 11, 2022, which was consistent with the evidence, including the surveillance videos and witness testimony.

23.     On April 11, 2022, Defendants purposely arrested me on Wofford's campus in the middle of the school day, in the middle of my Senior Seminar, in front of all my classmates and professor in the most humiliating and stigmatizing manner possible despite knowing that I was represented by counsel and that I would have voluntarily surrendered. See Exhibits 19-20 of Hogsed's Deposition Video Body Cam 2022_0412_031722_001/2022_0411_145632_001.

24.     I was treated like a pariah by the defendants and by my fellow students following my arrest and subjected to an extremely hostile environment on campus.

25.     Many news organizations reported my arrest for sexual assault featuring my name and photo, (which is still the first result if you Google my name.) The evening news also aired a story regarding my arrest, which played on campus. Wofford/Hogsed 2174. On April 15, 2022 Wofford students published a petition via Google documents, comprising false and defamatory statements about me, which was signed by Rand and allegedly more than 350 Wofford students (the "Petition"), which stated that one of Wofford's students assaulted another, was arrested, and allowed to return to campus, and demanding that I not be allowed to return to campus.

26.     On April 15, 2022, my attorney immediately reported the Petition to Wofford's general counsel within a few hours of the Petition being posted. Hammett responded to the report of retaliation and sexual harassment by suggesting I seek supportive measures, providing me with absolutely no relief while the Petition remained actively posted with false and defamatory remarks[2]. On April 16, 2022, my car was keyed when I parked it on campus. I asked what Campus Safety can do to protect me, and they suggested that I "park in a different lot". As a result of the severe and pervasive sexual harassment, I felt so threatened that I moved off campus to a nearby hotel.

27.      I stopped eating meals on campus too. On April 18, 2022, my attorney wrote to Hammett detailing the severe and pervasive sexual harassment and retaliation I suffered.

28.     On April 19, 2022, I reported the rampant harassment I was suffering to Campus Safety in a written complaint, but Wofford did nothing in response.

29.     On or about April 26, 2022, Wofford finally opened investigations into my reports of sexual harassment and retaliation. On May 16, 2022, Hammett emailed me stating that Wofford would not allow me to participate in any graduation events or activities, later stating that it was for

---

[2] It remains active today and was signed by students, professors, and parents of students.

my own safety. While Hammett cited "safety concerns" as the reason for the decision, Wofford failed to take any remedial measures against the individuals causing me to fear for my safety. Instead they sought punitive measures against me.  Nor to my knowledge did Wofford consider any other safety measures, which would not have been punitive to me. It is important to note that Rand was **not** scheduled to graduate with me, she was still a junior at the time.  This was another devastating blow to my mental health, which Wofford not only failed to protect but was becoming more frequently the cause of my depression and anxiety. The decision was made immediately after a meeting with the authors of the Petition.

30.     While Wofford claimed that they allowed me to receive my diploma on time, they withheld my access of my official transcript until the resolution of the Title IX, making the diploma effectively useless during that period.

31.     On or about August 11, 2022, the Attorney General's office dismissed the criminal charges against me citing "insufficient evidence" after Hogsed lied under oath at the preliminary hearing and demonstrated that I was arrested without probable cause. Hogsed made damning admissions at both the preliminary hearing and at his deposition demonstrating a want of probable cause and his clear animus towards me. Hogsed withheld nearly all of the exculpatory evidence from the Magistrate Judge including the hospital records where Rand repeatedly denied being assaulted, demonstrating her lies about alleged injuries or incapacitation, as well as  the surveillance video showing Rand was not incapacitated.

32.     Following a Title IX hearing held on October 24 and October 26, 2022, I was found "not responsible" for Rand's sexual assault allegations.

33.     Prior to enrolling at Wofford, I took multiple official campus tours and was given marketing materials and a folder of paperwork/documents each time I visited. Additionally, I

7

received a number of hard copies and digital mailers from Wofford. In the process of applying, accepting admission and paying my deposit, I again reviewed all contracts that were on the online portal. I certainly took these documents into account when making my decision to enroll at Wofford.

34.    I expected Wofford to abide by its policies and procedures during my tenure there.

35.    I specifically expected that Wofford would follow the Nondiscrimination and Anti-Harassment Policy and Procedures (the "Policy"). I expected that Wofford would strive to maintain an educational environment free from discrimination, harassment, and retaliation. Unfortunately, Wofford repeatedly failed to follow its own policies and allowed me to be harassed, discriminated against and subject to a hostile environment.

36.    On March 13, 2023, over a year after my initial complaint, Wofford dismissed my sexual harassment and retaliation complaint and failed to sanction any of the harassing respondents, despite the abundant documentary evidence and the corroborating statements of numerous witnesses during the investigation.

37.    In fact, Hammett acknowledged that the investigators gathered sufficient evidence to prove that Rand stated that I sexually assaulted her "to numerous individuals on different dates." Yet, Hammett failed to even evaluate whether Rand's actions constituted sexual harassment (which it plainly did) and instead only considered whether Rand had "retaliated" against me using a very narrow definition of the word from the Policy, despite that I repeatedly described to them the harassment and hostile environment I was enduring on campus.

38.    Wofford also admitted that they did not pursue investigating my claims until they finished with the adjudication of Rand's claims against me. What is more, the investigators failed to even interview Rand as a respondent to my complaint and instead regurgitated Rand's interview

8

as complainant, to include as evidence in the investigation report of my complaint. The investigators further failed to interview several other individuals who submitted written statements attesting that Rand harassed them with her defamatory statements about me.

39.     I appealed the dismissal of my complaint, which was reviewed by Dr. Dwain C. Pruitt, Wofford's Chief Equity Officer ("Pruitt"). Pruitt conceded that Rand was not interviewed in connection with my complaint and that instead "her testimony as Complainant against [Boswell] was 'repackaged,'" but shockingly concluded that there was "no evidence of investigative bias." Pruitt reasoned that: "The appeal offers no evidence that another interview would have resulted in materially different responses from Ms. Rand."  PLTF 213

40.     In March of 2023, I was in the final stages of commissioning as an Officer in the United States Army.  Three days after Wofford advised me and Rand that it was dropping the investigation of my harassment and retaliation complaint, Rand contacted the Captain in the US Army who had been conducting an administrative investigation of me due to Rand's allegations, and asked to make a statement and proceeded to defame me by lying and stating that I raped her while she was incapacitated.

41.     Rand submitted a distorted version of Wofford's confidential Title IX Report regarding her complaint of sexual assault against me, omitting the portions that were exculpatory to me and Wofford's ultimate conclusion that I did not assault Rand.  I advised Wofford about Rand's misconduct in connection with the Title IX report, but Wofford failed to take any action against Rand.

42.     Defendants' conduct interfered with and jeopardized my contract with the US Army, causing my commissioning to be delayed, resulting in a 13-month delay to my career and

salary, and causing me to be a full "year-group" behind my peers, impacting my pay, rank and job experience.

43.     Wofford colluded with Hogsed and Rand to ignore my complaints, to create and force me to endure harassment, discrimination, and a hostile environment. Despite the lack of probable cause, Wofford and Hogsed arrested me in the most stigmatizing and traumatic manner possible, purposely humiliating me in front of all my classmates.  And when I complained about the harassment I suffered, Wofford penalized me by preventing me from participating in any graduation activities.  The damage to my mental and emotional health from this ordeal are scars I will carry with me for the rest of my life.

44.     I was afforded the opportunity to make corrections or revisions to this Declaration prior to signing it, and I am signing this Declaration freely and voluntarily so that the truth of the events can be made known.

45.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed on this 2nd day of February, 2026.

DocuSigned by:

A70621FFA4854A4...
Graham Boswell