AO 450 (SCD 11/2011) Summary Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Graham Boswell,
*Plaintiff*
v.
Wofford College, Catherine Rand[1], and David Hogsed
*Defendants.*

Civil Action No. 7:23-cv-05467-JDA

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❒ motion 126 for summary judgment is granted.

This action was *(check one)*:

❒ decided by the Honorable Jacquelyn D Austin , United States District Judge.

Date: October 1, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/A. Marler

*Signature of Deputy Clerk*

[1]Party Catherine Rand terminated per 134 Stipulation of Dismissal.